Curtis E. SELVEY, Jr.,
Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. ED 101678

Missouri Court of Appeals,
Eastern District,
*DIVISION ONE.*

Filed: June 16, 2015

Kevin B. Gau, 1010 Market Street, Suite 1100, St. Louis, Missouri 63101, for Appellant.

Rachel S. Flaster, P.O. Box 899, Jefferson City, Missouri 65102, for Respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J. and Lisa S. Van Amburg, J.

*ORDER*

## PER CURIAM

Curtis Selvey appeals the judgment of the Circuit Court of St. Charles County denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. We affirm the motion court's judgment.

No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).